NA'IL BENJAMIN, ESQ., (SBN 240354)
BENJAMIN LAW GROUP, P.C.
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 633.8833
Facsimile:  (415) 349.3334
nbenjamin@benjaminlawgroup.com

Attorney for Plaintiffs
LORRAINE WELLS, et al.

MICHAEL LAURENSON (SBN 190023)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
and DIANE HUTCHINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE WELLS, an individual; et al., | CASE NO.: 3:15-cv-01700 TEH |
| Plaintiffs, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public entity, DIANE HUTCHINSON, an individual, | Trial Date: None |
| Defendants. | |

    Pursuant to Local Rules 6-1 and 6-2, the Parties jointly request a court order continuing the currently scheduled hearing for Defendants' Motion to Dismiss from June 8, 2015, to June 15, 2015, due to scheduling conflicts of counsel.

                                                 Respectfully submitted,

Dated:  May 13, 2015                       /s/ Na'il Benjamin
                                                          Na'il Benjamin
                                                          Attorneys for Plaintiff

| | |
|---|---|
| Dated: May 13, 2015 | GORDON & REES LLP |
| | /s/ MICHAEL LAURENSON |
| | MICHAEL LAURENSON |
| | Counsel for Defendants |

### ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE,

IT IS SO ORDERED THAT:

The currently scheduled MOTION TO DISMISS is continued from June 8, 2015, to June 15, 2015.

Dated: 05/14/2015

Judge Thelton E. Henderson
U.S.D.