UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORRAINE WELLS, et al.,

    Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.

Case No. 15-cv-01700-TEH

**ORDER OF RECUSAL**

I hereby recuse myself from the above-entitled action and request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 05/26/15

_____
THELTON E. HENDERSON
United States District Judge