UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORRAINE WELLS, et al.,

    Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.

Case No. 15-cv-01700-SI (SI)

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 12/4/15 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 4/1/16.

DESIGNATION OF EXPERTS: 5/2/16; REBUTTAL: 5/30/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/19/16.

DISPOSITIVE MOTIONS **SHALL** be filed by; 8/5/16;
    Opp. Due: 8/19/16; Reply Due: 8/26/16;
    and set for hearing no later than 9/9/16 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 10/25/16 at 3:30 PM.

JURY TRIAL DATE: 11/7/16 at 8:30 AM.
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 10-14 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: August 21, 2015

_____
SUSAN ILLSTON
United States District Judge