Plaintiffs must file an application under F.R.C.P. 41(a)(2).

[Stamp: DENIED — Judge Susan Illston]

1  BENJAMIN LAW GROUP, P.C.
   NA'IL BENJAMIN, ESQ., (SBN 240354)
2  505 14th Street, Suite 900
   Oakland, California 94612
3  Telephone:  (510) 588-8460
   Facsimile:  (415) 349-3334
4  nbenjamin@benjaminlawgroup.com

5  Attorneys for Plaintiffs
   LORRAINE WELLS, LISA
6  CORDOVA, ANDREA TUNG,
   RON HARPOLE, RICHARD KEMP,
7  and BRANDON CRAIG

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE WELLS, an individual; LISA CORDOVA-BAGLEY, an individual; ANDREA TUNG, an individual; RON HARPOLE, an individual; RICHARD KEMP, an individual, BRANDON CRAIG, an individual<br><br>Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public entity; DIANE HUTCHINSON, an individual; and DOES 1 - 100, inclusive,<br><br>Defendants. | CASE NO.: 3:15-cv-01700 SI<br><br>**PLAINTIFF'S BRANDON CRAIG AND RON HARPOLE VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

-2-

1  **PLEASE TAKE NOTICE** that Plaintiffs BRANDON CRAIG AND RON
2  HARPOLE ("Plaintiffs") pursuant to Federal Rule of Civil Procedure 41(a)(1),
3  hereby voluntarily dismiss all claims in this action without prejudice.

Respectfully submitted,

Dated:  April 25, 2016            /s/ *Na'il Benjamin*
                                  Na'il Benjamin
                                  Attorneys for Plaintiff

-2-

**PLF'S BRANDON CRAIG & RON HARPOLE VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**          **CASE NO. 15-CV-01700 SI**

**CERTIFICATE OF SERVICE**

I, Sonjua R. Fisher, on **April 25, 2016**, I served the above and foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1), by causing true and accurate copies of such paper to be filed and transmitted to the person(s) shown below via the Court's CM/ECF electronic filing system, on this the 25th day of April, 2016.

>Michael A. Laurenson, Esq.
>GORDON & REES
>1111 Broadway, Suite 1700
>Oakland, CA 94607
>Telephone: (510) 463-8600
>Facsimile: (510) 984-1721
>Email: mlaurenson@gordonrees.com

**PLF'S BRANDON CRAIG & RON HARPOLE VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**          **CASE NO. 15-CV-01700 SI**