```
1  BENJAMIN LAW GROUP, P.C.
   NA'IL BENJAMIN, ESQ., (SBN 240354)
2  505 14th Street, Suite 900
   Oakland, California 94612
3  Telephone:  (510) 588-8460
   Facsimile:   (415) 349-3334
4  nbenjamin@benjaminlawgroup.com

5  Attorneys for Plaintiffs
   LORRAINE WELLS, LISA
6  CORDOVA, ANDREA TUNG,
   RICHARD KEMP, BRANDON
7  CRAIG, and RON HARPOLE
```

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE WELLS, an individual; LISA CORDOVA-BAGLEY, an individual; ANDREA TUNG, an individual; RON HARPOLE, an individual; RICHARD KEMP, an individual, BRANDON CRAIG, an individual<br><br>Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public entity; DIANE HUTCHINSON, an individual, et al.; and DOES 1 - 100, inclusive,<br><br>Defendants. | CASE NO.: 3:15-cv-01700 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE FOR PLAINTIFFS BRANDON CRAIG AND RON HARPOLE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**DISMISSAL WITH PREJUDICE**　　　　　　　　　　　　　　　**CASE NO. 15-CV-01700 SI**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs BRANDON CRAIG AND RON HARPOLE, and Defendants the REGENTS OF THE UNIVERSITY OF CALIFORNIA, DIANE HUTCHINSON, BECKY CORNETT, and EDNA ANNIS, hereby stipulate and agree that Plaintiffs Craig and Harpole may and hereby do voluntarily dismiss all claims in this action with prejudice and without an award of costs or fees to any party.

Respectfully submitted,

Dated: May 17, 2016

/s/ Na'il Benjamin
Na'il Benjamin
Attorney for Plaintiff

Respectfully submitted,

Dated: May 17, 2016

/s/ Michael Laurenson
Michael Laurenson
Attorney for Defendants

IT IS SO ORDERED.

Date: May 17, 2016

_____
**Judge Susan Illston**
UNITED STATES DISTRICT JUDGE

-2-

**DISMISSAL WITH PREJUDICE**     CASE NO. 15-CV-01700 SI