BENJAMIN LAW GROUP, P.C.
NA'IL BENJAMIN, ESQ., (SBN 240354)
505 14th Street, Suite 900
Oakland, California 94612
Telephone:  (510) 588-8460
Facsimile:   (415) 349-3334
nbenjamin@benjaminlawgroup.com

Attorneys for Plaintiffs
LORRAINE WELLS, LISA CORDOVA-BAGLEY, ANDREA TUNG, RICHARD KEMP, BRANDON CRAIG, and RON HARPOLE

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE WELLS, an individual; LISA CORDOVA-BAGLEY, an individual; ANDREA TUNG, an individual; EVA McNEIL, an individual, RON HARPOLE, an individual; RICHARD KEMP, an individual, BRANDON CRAIG, an individual<br><br>                    Plaintiffs,<br><br>     v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California public entity; DIANE HUTCHINSON, an individual, et al.; and DOES 1 - 100, inclusive,<br><br>                    Defendants. | CASE NO.: 3:15-cv-01700 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE FOR PLAINTIFF LISA CORDOVA-BAGLEY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff LISA CORDOVA-BAGLEY, and Defendants the REGENTS OF THE UNIVERSITY OFCALIFORNIA, DIANE HUTCHINSON, BECKY CORNETT, and EDNA ANNIS, hereby stipulate and agree that Plaintiff LISA CORDOVA-BAGLEY may and hereby does voluntarily dismiss all claims in this action with prejudice and without an award of costs or fees to any party.

Respectfully submitted,

Dated:  July 5, 2016

/s/ Na'il Benjamin
Na'il Benjamin
Attorney for Plaintiff

Respectfully submitted,

Dated:  July 5, 2016

/s/ Michael Laurenson
Michael Laurenson
Attorney for Defendants

**IT IS SO ORDERED**.

Date:  7/7, 2016

**Judge Susan Illston**
UNITED STATES DISTRICT JUDGE